**98–609.  State v. Walkup.**
Morgan App. No. CA9606.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER, J., dissents.

**98–623.  State v. Smith.**
Paulding App. No. 11–97–14.  On motion for leave to file delayed appeal.  Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–625.  State v. Burns.**
Montgomery App. No. 11216.  On motion for leave to file delayed appeal.  Motion denied.

**98–627.  State v. Simms.**
Cuyahoga App. No. 69314.  On motion for leave to file delayed appeal.  Motion denied.

**98–633.  State v. Pettigrew.**
Cuyahoga App. No. 70158.  On motion for leave to file delayed appeal.  Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**98–638.  State v. Pinkard.**
Montgomery App. No. 15457.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER, J., dissents.

**98–776.  Coles v. Ohio Bur. of Emp. Serv.**
Montgomery App. No. 16716.  On motion for stay.  Motion denied.

**98–795.  In re Edwards.**
Cuyahoga App. No. 72473.  On motion for stay.  Motion denied.

**98–811.  Tiemann v. Univ. of Cincinnati.**
Franklin App. No. 97API10–148.  On motion to lift stay, motion to reinstate injunction, and motion to expedite consideration of case.  Motions denied.

**98–819.  Columbus v. Link.**
Franklin App. No. 97APC09–1214.  On motion to continue stay.  Motion denied.
MOYER, C.J., and RESNICK, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–366.  McNamara v. Rittman.**
Wayne App. No. 97CA0003.  (Appeal of Harry and Alveta McNamara et al. and cross-appeal of the city of Rittman.)
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–469.  Colvin v. Abbey's Restaurant, Inc.**
Summit App. Nos. 18196 and 18197.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–526.  State v. Pierce.**
Franklin App. No. 97APA06–810.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**98–570.  Perkins v. Norwood City Schools.**
Hamilton App. No. C–970015.
MOYER, C.J., and LUNDBERG STRATTON, JJ., dissent.

**98–604.  State v. Towe.**
Hamilton App. No. C–970283.
RESNICK, PFEIFER and COOK, JJ., dissent.